| **Voluntary Petition** | Name of Debtors: | Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Carlton Woolen Mills, Inc.** | |

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature(s) of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X **Not Applicable** <br> Signature of Debtor | X *Paul Koroski* <br> Signature of Authorized Individual <br> **Paul Koroski** <br> Print or Type Name of Authorized Individual |
| X **Not Applicable** <br> Signature of Joint Debtor | ~~Senior Vice President & CFO~~ <br> Title of Authorized Individual |
| Telephone Number (If not represented by attorney) <br><br> Date | 2/17/00 <br> Date |
| **Signature of Attorney** <br> X *[signature]* <br> Signature of Attorney for Debtor(s) <br> **Robert J. Keach,** <br> Printed Name of Attorney for Debtor(s) / Bar No. <br><br> **Bernstein, Shur, Sawyer & Nelson** <br> Firm Name <br> **100 Middle Street P.O. Box 9729** <br> Address <br> **Portland, ME 04104 (207) 774-1200** <br><br><br> Telephone Number <br> 2/17/00 <br> Date | **Signature of Non-Attorney Petition Preparer** <br> I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. <br> **Not Applicable** <br> Printed Name of Bankruptcy Petition Preparer <br><br> Social Security Number <br><br> Address <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br> ☑ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br> X **Not Applicable** <br> Signature of Bankruptcy Petition Preparer |
| **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br> X _____ <br> Signature of Attorney for Debtor(s)           Date | Date <br><br> A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

# United States Bankruptcy Court
# District of Maine

In re:  Carlton Woolen Mills, Inc.  
01-03-66810

Case No.  
Chapter  11

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to debtor's condition on **12/31/99**. (at book value)

   a. Total assets      $ 27,241,000

   b. Total debts (including debts listed in 2.c., below)      $ 27,098,000

                                          Approximate number of holders

   c. Debt securities held by more than 500 holders.  
        secured       unsecured       subordinated

   d. Number of shares of preferred stock

   e. Number of shares of common stock      2111      1

        Comments, if any:

3. Brief description of debtor's business:

**Manufacturer of textiles**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Allied Textile Companies, PLC**



## CERTIFICATION OF VOTES

## CARLETON WOOLEN MILLS, INC.

## ACTIONS TAKEN BY
## THE BOARD OF DIRECTORS AT EMERGENCY MEETING
## FEBRUARY 3, 2000

The undersigned being the Assistant Secretary of the above-named corporation (the "Corporation"), hereby certifies that the following votes were taken and the following resolutions passed by the board of directors at an emergency meeting held on February 3, 2000, all members being present or present by telephone, as permitted by the by-laws of the Corporation, and all members having waived any further requirements for notice of said meeting:

VOTED: That the Corporation be and hereby is authorized and empowered to file a petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code and to take such actions, execute, endorse and deliver such documents and instruments and enter such agreements as may be necessary or appropriate to prosecute such Chapter 11 case and to effect a plan of reorganization or of liquidation for the Corporation.

VOTED: That the President and any Senior Vice President of the Corporation be and hereby is authorized and empowered on behalf of the Corporation to take such actions, enter such agreements and execute, endorse and deliver such documents as may be necessary or appropriate to effect the foregoing resolution.

VOTED: That the President and any Senior Vice President of the Corporation be and hereby is authorized and empowered to employ Robert J. Keach, Esq. and the law firm of Bernstein, Shur, Sawyer & Nelson ("BSSN") to represent the Corporation in all matters related to the Chapter 11 case, and is further authorized and empowered to retain David Ferrari and Argus Management ("Argus") to provide financial consulting and interim management services to the Corporation in connection with such case, including the payment of such retainers to BSSN and Argus as the President or such Vice President shall deem appropriate.

Dated: February 3, 2000.

_Paul Koronk_
Assistant Secretary

| **Voluntary Petition** | Name of Debtors: | Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Carlton Woolen Mills, Inc. | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature(s) of Debtor (Corporation/Partnership) |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X **Not Applicable** <br> Signature of Debtor | X *[signed] Paul Koroski* <br> Signature of Authorized Individual |
| X **Not Applicable** <br> Signature of Joint Debtor | **Paul Koroski** <br> Print or Type Name of Authorized Individual |
| Telephone Number (If not represented by attorney) | ~~Senior Vice President & CFO~~ <br> Title of Authorized Individual |
| Date | *2/17/00* <br> Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X *[signed]* <br> Signature of Attorney for Debtor(s) <br> **Robert J. Keach,** | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| Printed Name of Attorney for Debtor(s) / Bar No. | **Not Applicable** <br> Printed Name of Bankruptcy Petition Preparer |
| **Bernstein, Shur, Sawyer & Nelson** <br> Firm Name | |
| **100 Middle Street P.O. Box 9729** <br> Address <br> **Portland, ME 04104 (207) 774-1200** | Social Security Number |
| | Address |
| Telephone Number <br> *2/17/00* <br> Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br> ☑ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> X **Not Applicable** <br> Signature of Bankruptcy Petition Preparer |
| **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br> X _____ <br> Signature of Attorney for Debtor(s)      Date | Date <br><br> A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

| FORM B1 | United States Bankruptcy Court<br>District of Maine | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carlton Woolen Mills, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>01-03-66810 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**51 Main Street**<br>**Winthrop, ME 04364** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**00-10214** |
| County of Residence or of the<br>Principal Place of Business: **Kennebec** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 317**<br>**Winthrop, ME 04364** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☒ Chapter 11 | ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other ____ | | | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☒ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☒ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☒ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

